**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TRACY WALKER,

     Plaintiff,

     v.                                 Case No. 1:14-cv-03823-MHC-JFK

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

     Defendant.

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, TRACY WALKER ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: March 17, 2015           RESPECTFULLY SUBMITTED,

                    By: /s/ Shireen Hormozdi
                        Shireen Hormozdi, Esq.
                        Attorney for Plaintiff
                        Krohn & Moss, Ltd.
                        10474 Santa Monica Blvd., Suite 405
                        Los Angeles, CA 90025
                        Tel: (323) 988-2400 x 267
                        Fax: (866) 385-1408
                        Email: shormozdi@consumerlawcenter.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2015, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

submitted to all parties by way of the Court's CM/ECF System.


By:      /s/ Shireen Hormozdi
         Shireen Hormozdi
         Attorney for Plaintiff