IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACY WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:14-CV-03823-MHC-JFK |

## ORDER ADMINISTRATIVELY CLOSING CASE

The Court has been advised by the Plaintiff that the parties have settled the above-styled action, but the formal documentation of settlement has not been concluded.  Therefore, it is not necessary that the action remain on the Court's calendar.

It is hereby **ORDERED** that the action is **ADMINISTRATIVELY CLOSED** with the right of any party, anytime within the next **sixty (60) days**, to move to reopen this action or vacate this order.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order administratively closing this action and to reopen the action, if necessary.  If the action has not been reopened or the Court has not received a motion to vacate on or before

the time permitted by this Order, the Clerk is **DIRECTED** to dismiss the action with prejudice.

Let a copy of this order be served upon counsel for the parties.

**IT IS SO ORDERED**, this 18th day of March, 2015.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)