UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRACY WALKER,

    Plaintiff,

    v.          Case No. 1:14-cv-03823-MHC-JFK

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

TRACY WALKER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC. (Defendant), in this case.

    Both sides to bear their own costs and expenses.

DATED:  May 1, 2015      RESPECTFULLY SUBMITTED,

    By: /s/ Shireen Hormozdi
    Shireen Hormozdi, Esq.
    Attorney for Plaintiff
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd., Suite 405
    Los Angeles, CA 90025
    Tel: (323) 988-2400 x 267
    Fax: (866) 385-1408
    Email: shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
